COX, CASTLE & NICHOLSON LLP
ALI P. HAMIDI (STATE BAR NO. 191198)
ahamidi@coxcastle.com
555 California Street, 10th Floor
San Francisco, CA  94104-1513
Telephone:  (415) 262-5100
Facsimile:   (415) 262-5199

Attorneys for Defendant
TKG RE Holdings, LLC, a Delaware limited liability company, formerly known as TKG Pinole, LLC

*GRANTED*
*/s/ Susan Illston*
*Judge Susan Illston*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>PANERA, LLC, a Delaware limited liability company, dba PANERA BREAD; TKG PINOLE, LLC, a California limited liability company; and DOES 1 – 20, inclusive,<br><br>　　　　　Defendants. | CASE NO. 3:15-cv-02330-SI<br><br>**THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**Complaint filed:  May 25, 2015**<br>**Complaint served:  June 25, 2015**<br>**New response date:  September 8, 2015** |

　　　　Defendant TKG RE Holdings, LLC, a Delaware limited liability company, formerly known as TKG PINOLE, LLC, ("Defendant") and Plaintiff JOHN RODGERS ("Plaintiff") stipulate to a two-week extension for Defendant to respond to Plaintiff's initial complaint.  The new response date shall be September 8, 2015.

DATED:  August 24, 2015

Stipulated and respectfully submitted,

LAW OFFICES OF IRENE KARBELASHVILI

By: _____/s/ Irene Karbelashvili_____
　　　Irene Karbelashvili
　　　Attorneys for Plaintiff JOHN RODGERS

DATED:  August 24, 2015

COX, CASTLE & NICHOLSON LLP

By: _____/s/ Ali P. Hamidi_____
　　　Ali P. Hamidi
　　　Attorneys for Defendant TKG PINOLE, LLC

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO, CA

073051\7047364v3

CASE NO. 4:15-cv-02330-SI

THIRD STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT