UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN RODGERS,

              Plaintiff,

    v.

PANERA, LLC, et al.,

              Defendants.

Case No.  3:15-cv-02330-SI

**ORDER TO FILE JOINT STATUS REPORT**

The Court has received, and has signed, the parties' fourth stipulation to extend time to respond to the initial complaint.  Dkt. No. 27.

However, because of the delays sought by the parties, the Court is concerned to assure that the parties are complying with the Scheduling Order issued on May 26, 2015.  Dkt. No. 4.  That order required that initial disclosures be completed by **September 1, 2015**, and that the joint inspection of premises be completed no later than **September 8, 2015**.  The Scheduling Order further requires that in-person settlement meetings be completed by **October 6, 2015**, and that the last date to file a Notice of Need for Mediation is **October 20, 2015**.

Accordingly, **no later than September 18, 2015, the parties are ORDERED to file a Joint Status Conference Statement**, describing with specificity the status of the action, whether the Scheduling Order has been complied with, and whether the parties have engaged in settlement discussions.

**IT IS SO ORDERED**.

Dated:  September 11, 2015

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California