**LAW OFFICE OF IRENE KARBELASHVILI**
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-013
Fax: (408) 295-0142

Attorneys for JOHN RODGERS, Plaintiff

**SEYFARTH SHAW LLP**
Jonathan Douglas Meer, State Bar Number 144389
Myra B. Villamor, State Bar Number 232912
2029 Century Park East Suite 3500
Los Angeles, CA 90067
Telephone: (310) 277-7200
Fax: (310)-201-5219

Attorneys for PANERA, LLC, Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RODGERS,<br><br>               Plaintiff,<br><br>vs.<br><br>PANERA, LLC, a Delaware Limited<br>Liability Company<br>               Defendant. | Case No. 15-cv-2330-SI<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE** |

       The parties, by and through their counsel of record, stipulate and jointly request that the Court continue the deadline for completing mediation in this access case under General Order 56.  The parties do so based on the following:

       1.       Plaintiff filed a disability discrimination action on May 25, 2015.

2.      The parties have been working cooperatively within the parameters of General Order 56 to resolve Plaintiff's claim for injunctive relief, including conducting a joint site inspection on September 28, 2015.

3.      The parties have agreed to set the mediation in this case for February 10, 2016, the first available date for the parties and the mediator based on their schedules.

4.      The current deadline to complete mediation is January 20, 2016, which has not been previously extended.

5.      It is stipulated by the parties that the deadline to complete mediation under General Order 56 be continued to February 10, 2016.


DATED:   January 12, 2016                    LAW OFFICE OF IRENE
                                             KARBELASHVILI

                                             */s/ Irene Karbelashvili*
                                             Irene Karbelashvili
                                             Attorneys for Plaintiff
                                             JOHN RODGERS


DATED:   January 19, 2016                    SEYFARTH SHAW LLP

                                             */s/ Myra Villamor*
                                             Myra Villamor
                                             Attorneys for Defendant
                                             PANERA LLC.


Pursuant to Local Rule 5-1, I hereby attest that on January 19, 2016, I, Irene Karbelashvili, received the concurrence of Myra Villamor, Esq., in the filing of this document.

                                             */s/ Irene Karbelashvili*
                                             Irene Karbelashvili

**[PROPOSED] ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.  The deadline to complete mediation under General Order 56 is extended until February 10, 2016.

Dated: ___1/20/16_____

_____
Hon. Susan Illston
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION DEADLINE